IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY L. CLARK, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11–0807 |
| ) | Judge Trauger |
| WELLS FARGO BANK, ) | Magistrate Judge Griffin |
| ) | |
| Defendant. ) | |

**O R D E R**

On September 12, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 11), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief can be granted. Any appeal taken from this ruling would not be in good faith under 28 U.S.C. § 1915(a)(3).

It is so **ORDERED.**

Enter this 1st day of November 2011.

_____
ALETA A. TRAUGER
U.S. District Judge